[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-13643
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 1, 2010
JOHN LEY
ACTING CLERK

D. C. Docket No. 02-00116-CR-CS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ELROD DAVID MILLER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(February 1, 2010)

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, appointed counsel for Elrod David Miller in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Miller's revocation and sentence are AFFIRMED.